[No. 30110-9-III.   Division Three.   November 8, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. LUCAS J. MERRILL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-04190-4, Maryann C. Moreno, J., entered July 1, 2011. *Remanded* by unpublished opinion per Sweeney, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 30126-5-III.   Division Three.   November 8, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK PATRICK MANN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-02000-2, Jerome J. Leveque, J., entered July 26, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Sweeney, J.

[No. 62669-8-I.   Division One.   November 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY LEE HORNE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-07899-8, Jeffrey M. Ramsdell, J., entered January 8, 2009. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Cox and Lau, JJ.

[No. 64012-7-I.   Division One.   November 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SERGIO REYES-BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-10584-9, Catherine D. Shaffer, J., entered August 12, 2009. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Dwyer and Lau, JJ.